FILED
RICHARD W. NAGEL
CLERK OF COURT
2025 JUL 14 PM 2:09
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

Jeremy Spencer
**Plaintiff(s)**

**Case No.** 2:25 CV 0785

JUDGE MORRISON

MAGISTRATE JUDGE JOLSON

**vs.** Jeffery Griffith
William Archer
Shelley Reynolds
John Clark jr.
**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**
**(IN FORMA PAUPERIS)**
**AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?** **Yes** X **No**____

**A. If you answered "Yes":**

(1) What is the name and address of your employer
Masterpiece Flower Company
8122 Clyde Park Ave SW, Byron Center, MI 49315

(2) How much do you earn per month?
it varies from $300 to $600 federal reserve notes, i work p/t in seasonal agriculture
this is averaged out estimate. i assume thats what your talking about as this is ambiguous.

**B. If you answered "No"**

(1) Have you ever been employed? **Yes** X **No**____
If yes, what was the last year and month you were employed? still currantly employeed
How much did you earn a month? it varies as previously stated

**II. What is your marital status?**
Single X Married______ Widowed______ Divorced______

**A. If you answered "Married":**

(1) Is your spouse employed? **Yes**_____ **No**_____
If yes, how much does your spouse earn each month?
$______________________

**III. Do you have any dependents?** **Yes** X **No**____
If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| Alfred Spencer | adopted | $100 estimated |
| | | |
| | | |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?** **Yes**____ **No** X

A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| N/A | $ | N/A | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**

**Yes** x **No**____

**A. If you answered "Yes", state the combined total amount:**

**$** 1,000 ish - for medical emergancies only

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**

**Yes**____ **No**____

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| a single Automobile | $ $ 5,000 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Student loans | $ in default for $100,000 estimated | | $ |
| phone bill | $ $45 | | $ |
| water bill | $ 80 -100 | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**

location to send paperwork/contact not place of residency
C/O [1891Grovepointe Dr. ]
[Florance KY, 40142]
330-396-3566 e-mail:spencerj2121@yahoo.com

**I declare under penalty of perjury that the above information is true and correct.**

7/11/2025 [signature]

**Date** **Signature of Applicant**

**1IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHREN DISTRICT OF OHIO**
**EASTREN DIVISION**

Jeremy Spencer )
**C/O** [1891 Grovepointe dr. )
Florence Ky 41042] )
**Plaintiff** )
) **Case No:**______________________________
vs. )
)
**Jeffrey R. Griffith** )
**William L. Archer, Jr.** )
**Shelley Reynolds** )
100 E. Main Street )
McArthur, OH 45651 )
Phone: (740)- 596-4571 )
**John Clark Jr.** )
221 East Main Street )
Jackson, OH 45640 )
Phone:(740) 288-4200 )
**Defendant** )

**AFFIDAVIT OF INDIGENCY**

I, Jeremy Spencer, do solemnly swear that I have insufficient financial support and assets of any value and therefore cannot afford to pay the costs in this case.
FURTHER AFFIANT SAYETH NAUGHT.

Now comes the Defendant, JEREMY SPENCER and hereby declares under oath the following:

1. I am the defendant in the above-captioned case and I am without sufficient income or assets to pay for the costs associated with this case, including but not limited to court costs, transcript fees, and appellate filing fees.
2. I am currently unemployed / employed with limited income. My monthly income is approximately $ 600_F.R.N.__, and I have ___1 (one)__ dependents relying on me for support.
3. I do not own any substantial assets, property, or savings that would enable me to afford the aforementioned costs.

4. I request that the court permit me to proceed in forma pauperis and waive the requirement of prepayment of costs, including the costs of transcripts and appellate filings.

I declare that the information provided in this affidavit is true and correct to the best of my knowledge and belief.

Regards,

JS

______________________________________ Date: 7/1/2025

Jeremy Spencer (without prejudice or recourse)
In propria persona Sui juris
C/O [1891 Grovepointe Dr.]
[Florence, KY 41042]
330-396-3566
Spencerj2121@yahoo.com

Notary by: ____________________

Sworn to and subscribed before me this 1st day of July, 2025.

CHRISTINE M WHEATLEY
COMM. EXP. 10/10/2027
NOTARY
PUBLIC
COMM #: KYNP80850
STATE AT LARGE, KENTUCKY

# Copy C - FOR EMPLOYEE'S RECORDS ONLY

**2024** OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number<br>[redacted]-5793 | 1 Wages, tips, other comp.<br>14357.48 | 2 Federal income tax withheld |
| b Employer ID number<br>33-[redacted]502 | 3 Social security wages<br>14357.48 | 4 Social security tax withheld<br>890.17 |
| | 5 Medicare wages and tips<br>14357.48 | 6 Medicare tax withheld<br>208.20 |

c Employer's name, address, and ZIP code

Masterpiece Flower Company, LLC
PO Box 321
Byron Center, MI 49315

d Control number

14[redacted]893

e Employee's name, address, and ZIP code

Jeremy P Spencer
1891 Grovepointe Dr.
Florence, KY 41042

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | |

| | | |
|---|---|---|
| 12a | | 13 Statutory employee Retirement plan 3rd-party sick pay |
| 12b | | 14 Other |
| 12c | | |
| 12d | | |

| | | |
|---|---|---|
| 15 State Employer's State ID#<br>KY 242104 | 16 State wages, tips, etc.<br>14357.48 | 17 State income tax |
| 18 Local wages, tips, etc.<br>N/A | 19 Local income tax<br>N/A | 20 Locality name<br>N/A |

**Form W-2 Wage and Tax Statement** Dept. of the Treasury - IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHREN DISTRICT OF OHIO**
**EASTREN DIVISION**

| | | |
|---|---|---|
| Jeremy Spencer | ) | |
| **C/O** [1891 Grovepointe dr. | ) | |
| Florence Ky 41042] | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No:**________________________ |
| vs. | ) | |
| | ) | |
| **Jeffrey R. Griffith Sr.** | ) | |
| **William L. Archer, Jr.** | ) | |
| **Shelley Reynolds** | ) | |
| 100 E. Main Street | ) | |
| McArthur, OH 45651 | ) | |
| Phone: (740)- 596-4571 | ) | |
| **John Clark Jr.** | ) | |
| 221 East Main Street | ) | |
| Jackson, OH 45640 | ) | |
| Phone:(740) 288-4200 | ) | |
| **Defendant** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF IN FORMA PAUPERUS / WAIVER OF FEES**

**IN SUPPORT OF THE RIGHT TO COURT ACCESS WITHOUT FEE OR PURCHASE**

## I. INTRODUCTION

This memorandum is submitted to assert the principle that no court—state or federal—may constitutionally condition access to justice upon the payment of fees. The right to access the courts is a foundational liberty protected under both the United States Constitution and the Constitution of the State of Ohio. Any attempt by a court to impose a monetary barrier to justice infringes upon these fundamental rights.

## II. CONSTITUTIONAL GUARANTEES OF ACCESS TO COURT

### A. United States Constitution

The First Amendment to the U.S. Constitution provides that:

"Congress shall make no law ... abridging ... the right of the people ... to petition the Government for a redress of grievances."

This language unequivocally protects the right to seek redress through the courts, a core governmental function. The Supreme Court has held in Bounds v. Smith, 430 U.S. 817, 821 (1977), that:

"The fundamental constitutional right of access to the courts requires... the opportunity to prepare, file, and pursue legal claims."

Further, in Tennessee v. Lane, 541 U.S. 509, 523 (2004), the Court stated:

"The right of access to the courts is an aspect of the constitutional guarantee of due process of law."

**B. Ohio Constitution**

The Ohio Constitution also enshrines this right. Article I, Section 16 provides:

"All courts shall be open, and every person, for an injury done him... shall have remedy by due course of law, and shall have justice administered without denial or delay."

Additionally, Article I, Section 3 affirms:

"The people have the right to assemble together, ... and to petition the General Assembly for the redress of grievances."

**III. CASE LAW PROHIBITING FEES ON FUNDAMENTAL RIGHTS**

The United States Supreme Court has repeatedly affirmed that the state cannot impose a fee upon the exercise of a constitutional right. In Murdock v. Pennsylvania, 319 U.S. 105 (1943), the Court held:

"A state may not impose a charge for the enjoyment of a right granted by the federal constitution."

The Court further declared:

"If the state does convert a liberty into a privilege, license it, and attach a fee to it, it is unconstitutional."

Thus, if access to the courts is a liberty—and both federal and state constitutions affirm that it is—then the imposition of filing fees, access charges, or other monetary barriers operates as an unconstitutional licensing of that liberty.

**IV. SIXTH CIRCUIT RECOGNITION OF THE RIGHT TO ACCESS**

The Sixth Circuit has also affirmed this right. In John L. v. Adams, 969 F.2d 228, 231 (6th Cir. 1992), the court stated:
"The right of access to the courts is guaranteed by the Due Process Clause of the Fourteenth Amendment, the Equal Protection Clause, and the First Amendment."
Similarly, in Graham v. NCAA, 804 F.2d 953, 959 (6th Cir. 1986), the court reaffirmed:
"The right of access to the courts is a fundamental right protected by the Constitution."

**V. CONCLUSION**
Given these constitutional protections and binding precedents, any fee imposed as a condition to exercise the right of court access is presumptively unconstitutional. Courts are duty-bound to provide access to justice free of financial obstruction. The imposition of fees upon the filing or prosecution of grievances violates the very principles of liberty and justice the courts are established to uphold.

**Notice of liability**
If the court refuses to file this document and accompany documents such as but not limited, notice of appeal, notice of appearance, petition for post-conviction relief and motion to withdraw plea, and other documents filed in regards to the above stated case number, this court and it's agents/employees will be held liable for deprivation of rights under 42 USC 1983.

Regards:

________________________________Date:______________

Jeremy Spencer (man)(without prejudice/recourse)
(Appellant/defendant)
spencerj2121@yahoo.com
330-396-3566
C/O [1891Grovepoint Dr.]
[Florance Ky, 41042]