United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Chief District Judge Morrison, District Judge Watson, District Judge Graham, Magistrate Judge Jolson, and Magistrate Judge Vascura

FROM: Kristen Keppler, Case Administrator

DATE: July 16, 2025

SUBJECT: Case Caption: Jeremy Spencer v. William Archer Jr., et al.

CASE: Case Number: Doc. 2:25-cv-0785 1-1

DISTRICT JUDGE: Morrison (referred to Magistrate Judge Jolson)

File Date: July 14, 2025

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Jeremy Spencer v. Nichole Tilton, et al.**

Case Number: **Doc. 2:25-cv-0780 1-1**  District Judge: **Watson**

File Date: **July 14, 2025**  Magistrate Judge: **Vascura**


**Related Case(s):**

Case Caption: **Jeremy Spencer v. Sheriff Ryan Cain, et al.**

Case Number: **Doc. 2:25-cv-0781 1-1**  District Judge: **Graham**

File Date: **July 14, 2025**  Magistrate Judge: **Vascura**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  **Kristen Keppler** as follows:

**Judges' Response:**

☒ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_s/ James L. Graham_
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*