**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 21, 2026

Mr. Jeremy Spencer
1891 Grovepoint Drive
Florence, KY 41042

Re: Case No. 26-3462
*Jeremy Spencer v. William Archer, Jr., et al*
Originating Case No. 2:25-cv-00785

Dear Mr. Spencer,

This case has been docketed as case number **26-3462**. It will be held in abeyance until after the district court rules on pending motions, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

Sincerely yours,

Appeal Case Manager: Virginia
Direct Dial No. 513-564-7032

cc: Mr. Richard W. Nagel

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3462**

JEREMY SPENCER

      Plaintiff - Appellant

v.

WILLIAM L. ARCHER, JR.; SHELLEY REYNOLDS; JOHN KEARSON CLARK, JR.; JEFFERY R. GRIFFITH; VINTON COUNTY, OH; PRESIDENT VINTON COUNTY BOARD OF COMMISSIONERS

      Defendants - Appellees