**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JEREMY SPENCER,**

**Plaintiff,** :

**v.**

**WILLIAM ARCHER, JR., *et al.*,** :

**Defendants.**

**Case No. 2:25-cv-785**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## OPINION AND ORDER

Jeremy Spencer is a Kentucky resident who filed a *pro se* civil rights action against his prior defense attorney and several Vinton County, Ohio officials for conduct related to his state-court criminal case. The Magistrate Judge recommended that Mr. Spencer's Amended Complaint be dismissed, finding that his claims were either barred by immunity doctrines or otherwise insufficiently pleaded. (R&R, ECF No. 13.) Mr. Spencer objected to the R&R and sought leave to further amend his complaint. (Objs., ECF No. 19; ECF No. 23.) The Court agreed with the Magistrate Judge and dismissed his case without the opportunity for further amendment. (ECF No. 24.)

Mr. Spencer then filed a Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 59(e), asking the Court to vacate its prior Opinion and Order and renewing his request for leave to amend. (*See* ECF No. 26.) In support, he argued that the Court failed to appreciate the procedural posture of his case in

denying amendment and mischaracterized his allegations in finding that some Defendants were entitled to immunity for the alleged conduct. (*See id.*, PAGEID # 565.) These arguments largely mirrored those he made in his Objections to the R&R. (*Compare id.*, *with* ECF No. 19, PAGEID ## 437–41.) Reiterating that his claims were facially unmeritorious and incurable by amendment, the Court denied his Rule 59(e) Motion. (O&O, ECF No. 29.)

Mr. Spencer now seeks to appeal, raising the same issues underlying his 59(e) Motion and Objections. (ECF No. 27.) The matter before the Court is his Motion for Leave to Appeal *in forma pauperis* (ECF No. 30).

Federal Rule of Appellate Procedure 24(a)(3)(A) provides:

> A party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* without further authorization unless . . . the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed *in forma pauperis* and states in writing its reasons for the certification or finding[.]

Fed. R. App. P. 24(a)(3)(A). An appeal is not taken in good faith when the issues raised are frivolous – that is, lacking any arguable basis in either law or fact. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Mr. Spencer raises essentially two issues on appeal. (ECF No. 27, PAGEID # 578.) First, he argues that the Court erred in finding that Vinton County Judge Jeffrey R. Griffth, Vinton County Prosecutor William L. Archer Jr., and Vinton County Clerk of Courts Shelley Reynolds were entitled to immunity for his claims. (*See id.*, PAGEID ## 581–84, 589–92.) Second, he argues that the Court erred in

dismissing some of his claims with prejudice and denying him leave to amend because, in his view, his Amended Complaint was not a true amendment, so he should have been allowed to amend as a matter of right under Federal Rule of Civil Procedure 15(a). (*See id.*, PAGEID ## 585, 594–95.) The Court has already addressed both arguments (*see generally* O&O) and again finds that they lack any arguable basis in law or fact.

Mr. Spencer's Motion for Leave to Proceed on Appeal *in forma pauperis* (ECF No. 30) is **DENIED**. The Court **CERTIFIES**, pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), that any appeal of this action would not be taken in good faith. Accordingly, if Mr. Spencer intends to proceed with this appeal, **WITHIN THIRTY DAYS** of the date of this Order, he may either pay the filing fee or move for leave to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit as set forth in Federal Rule of Appellate Procedure 24(a)(5).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**